# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MICHAEL RUFFIN,

    Petitioner,

v.                                               CASE NO. 4:09cv360-RH/WCS

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 7). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The petition is DISMISSED. The clerk must enter judgment and close the file.

    SO ORDERED on November 18, 2009.

                                        s/Robert L. Hinkle
                                        United States District Judge